1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendants
   Mann Bracken, LLC, Doug Mann,
7  Edward Reilly

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13  MICHELE FUKUDA, individually      )   CASE NO.: C 08 0359 JSW
    and on behalf of all others similarly  )
14  situated,                         )
                                      )
15           Plaintiff,               )   **DEFENDANTS'S CERTIFICATE
                                      )   OF INTERESTED PARTIES**
16      vs.                           )
                                      )
17  MANN BRACKEN, LLC, DOUG           )
    MANN, EDWARD REILLY, an           )
18  individual,                       )
                                      )
19           Defendants.              )
                                      )
20  ─────────────────────────────     )

21

22

23

24

25

26

27

28
    ─────────────────────────────────────────────────
    FUKUDA V. MANN BRACKEN ET AL. (CASE NO. C 08 0359 JSW)
    DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Defendants certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Mann Bracken, LLC, a Georgia limited liability company;
2. Doug Mann, an individual;
3. Edward Reilly, an individual;
4. W. Christopher Bracken, III, an individual.

DATED: February 21, 2008        SIMMONDS & NARITA LLP
                                TOMIO B. NARITA
                                JEFFREY A. TOPOR


                                By:   s/Tomio Narita
                                    Tomio B. Narita
                                    Attorneys for Defendants
                                    Mann Bracken, LLC, Doug Mann and
                                    Edward Reilly