Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE FUKUDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY,<br><br>Defendants.       / | Case No.: CV 08 0359 JSW<br><br>PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. PROC. 26 |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the following are Plaintiff'S initial disclosures:

(i)    the name and the address and telephone number of each individual likely to have discoverable information–along with the subjects of that information–that the disclosing party may use to support her claims or defenses, unless the use would be solely for impeachment or protected by attorney-client privilege:

Ms. Fukuda will testify to receipt of letters attached to the Complaint as Exhibit A, and to receiving the scripted messages referenced at ¶¶ 13-16 of the Complaint.  Ms. Fukuda is contacted through her attorney, Irving L. Berg, 145 Town Center, PMB 493, Corte Madera, CA 94925, (415) 924-0742.

Defendants Mann Bracken, Doug Mann, and Edward Reilly and defendants' employees will testify to class size, net worth, information on Defendants' business and collection practices,

1  plaintiff's collection letters, and other collection practices.

2      (ii)    a copy–or a description by category and location–of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment, all as follows:

    Types of messages referenced at ¶¶ 13-16 of the Complaint; copies of Exhibit A attached to the Complaint.

    (iii)    a computation of each category of damages claimed by the disclosing party is set forth as follows:

    $5,000 for Plaintiff, based on Cal. Civ. Code § 1788.30, Cal. Civ. Code § 1788.17, and 15 U.S.C. § 1692k.

    $1,000,000.00 for the class, based on Cal. Civ. Code § 1788.30, Cal. Civ. Code § 1788.17, and 15 U.S.C. § 1692k.

    Attorney's fees and costs, amount unknown at this time, based on Cal. Civ. Code § 1788.30, Cal. Civ. Code § 1788.17, and 15 U.S.C. § 1692k.

    (iv)    for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnity or reimburse for payments made to satisfy the judgment:

    None.

Dated:  3/29/08                                     /s/
                                                              Irving L. Berg
                                                              THE BERG LAW GROUP

                                                              ATTORNEY FOR PLAINTIFF

PLAINTIFF'S INITIAL DISCLOSURES                          FUKUDA V. MANN BRACKEN, LLC, et al.
2                                                                                Case No. 08-0359 JSW