IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**            **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 25, 2008                **Court Reporter**: Sylvia Russo


**CASE NO. C- 08-359 JSW**

**TITLE:** Michele Fukuda v. Mann Bracken, LLC, et al.,


**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

Irving Berg                             Jeffrey Topor


**PROCEEDINGS:** Initial Case Management Conference


**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 5-2-08.

　　**ADR: Court mediation to be completed by 7-24-08**

　　**Close of discovery: 8-1-08**

　　**Hearing on dispositive motions (if any): 10-3-08 at 9:00 a.m.**

　　**Pretrial Conference: 1-5-09 at 2:00 p.m.**

　　**Bench Trial: 1-26-09 at 8:30 a.m. ( 3 - 4 days)**

　　**Last day to amend pleading: 5-27-08**

　　**Further CMC: 8-15-08 at 1:30 p.m.**
　　**Joint Supplemental CMC statement due: 8-8-08**


**cc:** ADR