1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendants
   Mann Bracken, LLC, Doug Mann,
7  Edward Reilly

8

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 MICHELE FUKUDA, individually  )  CASE NO.: C 08 0359 JSW
   and on behalf of all others similarly )
14 situated,                     )
                                 )  DEFENDANTS' ~~PROPOSED~~
15          Plaintiff,           )  ORDER GRANTING REQUEST
                                 )  FOR TELEPHONIC
16     vs.                       )  APPEARANCE AT MEDIATION
                                 )  BY DEFENDANTS DOUG
17 MANN BRACKEN, LLC, DOUG       )  MANN AND EDWARD REILLY
   MANN, EDWARD REILLY, an       )
18 individual,                   )  Date:  July 11, 2008
                                 )  Time:  10:30 a.m.
19          Defendants.          )
                                 )  Mediator: Koorosh Afshari
20 _____)

21

22

23

24

25

26

27

28
   _____
   FUKUDA V. MANN BRACKEN ET AL. (CASE NO. C 08 0359 JSW)
   PROPOSED ORDER GRANTING TELEPHONIC APPEARANCE AT MEDIATION

1  Pursuant to ADR Local Rule 6-9(d), Defendants' request for permission for
2  defendants Doug Mann and Edward Reilly to appear telephonically at the
3  Mediation on July 11, 2008 at 10:30 a.m. is GRANTED. Defendants Doug Mann
4  and Edward Reilly shall remain available by telephone for the duration of the
5  Mediation, until released by the mediator.
6
7  IT IS SO ORDERED.
8
9  DATED: July 7, 2008
10
11
12  Hon. Wayne D. Brazil
    United States Magistrate Judge
13  United States District Court
    Northern District of California
14
15  Maria Elena James
    United States Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

FUKUDA V. MANN BRACKEN ET AL. (CASE NO. C 08 0359 JSW)
PROPOSED ORDER GRANTING TELEPHONIC APPEARANCE AT MEDIATION                 2.