```
Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE FUKUDA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY,<br><br>    Defendants.       / | Case No.: C 08 -0359 JSW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE CLASS [Rule 41(a)(1)(ii)** |

IT IS HEREBY STIPULATED by and between plaintiff MICHELLE FUKUDA ("Plaintiff") on the one hand, and Defendants MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY, individuals (collectively, "Defendants"), on the other hand, through their respective counsel of record, that the parties have reached settlement in this action and that the action against Defendants, and each of them, shall be dismissed with prejudice, each party to bear their own costs and attorneys' fees. The putative class claims shall be dismissed without prejudice.

//

//

//

//

//

//

//

STIPULATION FOR DISMISSAL                    FUKUDA V. MANN BRACKEN, LLC
                                             CASE NO.: C 08-3595

1

                              MICHELLE FUKUDA

Dated: August 5, 2008                    /s
                                    by: Irving L. Berg
                                        THE BERG LAW GROUP
                                        Attorney for Plaintiff

                              MANN BRACKEN, LLC; DOUG MANN;
                              EDWARD REILLY,

Dated: August 5, 2008                    /s
                                    by: Tomio Narita
                                        SIMMONS & NARITA, LLP
                                      Attorneys for Defendants